IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANANI AKBAR,<br><br>        *Plaintiff*,<br><br>v.<br><br>DIRECTOR RACHEL CAMPBEL,<br><br>        *Defendant*. | Civil Action No. 2:23-cv-116<br><br>Hon. William S. Stickman IV |

### **DEFICIENCY ORDER**

The complaint submitted in the above-captioned matter will not be processed for failure to comply with the Federal Rules of Civil Procedure, statutory requirements and/or our Local Rules and/or practices. The submission of the complaint is deficient in the following respects:

   _x_   failure to pay the filing fee or request leave to proceed in forma pauperis.

AND NOW, this 27th day of January 2023, IT IS HEREBY ORDERED that as a result of the above-outlined filing deficiencies by Plaintiff, that this matter is DISMISSED and that the Clerk of Court mark this CASE CLOSED.  **IT IS FURTHER ORDERED** that the Plaintiff may reopen this case by satisfying the filing deficiencies as outlined above.

                                            BY THE COURT:

                                            s/ William S. Stickman IV
                                            WILLIAM S. STICKMAN IV
                                            UNITED STATES DISTRICT JUDGE