IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MANANI AKBAR,<br><br>　　　　　　　*Plaintiff*,<br><br>　v.<br><br>DIRECTOR RACHEL CAMPBEL,<br><br>　　　　　　　*Defendant*. | Civil Action No. 2:23-cv-116<br><br>Hon. William S. Stickman IV |

## JUDGMENT ORDER

AND NOW, this **25** day of July 2023, in accordance with the Memorandum Opinion and Order of Court entered this date and pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that final judgment is entered in favor of Defendant Director Rachel Campbel and against Plaintiff Manani Akbar. The Clerk of Court is directed to mark this CASE CLOSED.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ William S. Stickman IV
　　　　　　　　　　　　　　　　　　WILLIAM S. STICKMAN IV
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE